AUSA: Meghan Bean  Telephone: (313) 226-0214
AO 91 (Rev. 11/11) Criminal Complaint  Task Force Officer: Jaclyn Kocis-Maniaci  Telephone: (313) 234-3450

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
  v.
Deante MCCRAY

Case No.

Case: 2:21-mj-30156
Judge: Unassigned,
Filed: 04-01-2021 At 11:01 AM
USA v. DEANTE MCCRAY (CMP)(MLW)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 24, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Jaclyn Kocis-Maniaci, A.T.F.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 1, 2021

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Officer Jaclyn Kocis-Maniaci, being first duly sworn, hereby depose and state as follows:

### I.  INTRODUCTION AND AGENT BACKGROUND

1.  I am a police officer with the City of Detroit. I have been with the Detroit Police Department since 2003. I became a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in January of 2017. During my career, I have been involved in numerous investigations involving firearms and narcotics. These investigations have resulted in successful federal and state prosecutions.

2.  This affidavit is derived from personal knowledge based on my participation in this investigation, information from witnesses interviewed by law enforcement, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

3.  This affidavit is for the limited purpose of establishing probable cause that Deante MCCRAY (DOB xx/xx/1988) violated 18 U.S.C. § 922(g)(1), felon in possession of a firearm, and does not contain all details or facts known to law enforcement related to this investigation.

1

## II.   PROBABLE CAUSE

4.   On February 24, 2021, Detroit Police Department (DPD) officers were on routine patrol when they observed a male, later identified as Deante MCCRAY, walk into the Citgo gas station in the city of Detroit. As MCCRAY walked into the location, DPD officers seemingly observed MCCRAY perform a retention check by pulling up the right side of his waist band. A retention check is a common practice with firearms where an individual checks to make sure a gun is securely attached to their person.

5.   DPD officers entered the gas station behind MCCRAY. Officers observed a large L-shape bulge on his right hip, consistent with a concealed firearm. Officers asked MCCRAY if he possessed a CPL. MCCRAY responded no.

6.   MCCRAY was arrested for carrying a concealed weapon and the officers recovered a Ruger, model P95, 9mm caliber, firearm.

7.   On February 25, 2021, a computerized criminal history check showed that MCCRAY has the following felony convictions:

    a.   2017 - felony weapons-carrying concealed, Michigan;

    b.   2013 - trafficking in drugs, Ohio;

      c.    2013 - traffic drugs, heroin, Ohio;

      d.    2012 - possession of drugs, Ohio;

      e.    2008 - felony weapons-firearms, Michigan; and

      f.    2006 - felony breaking and entering a vehicle with damage, Detroit, Michigan.

8. On March 15, 2021, Special Agent Mike Jacobs advised me, based upon the verbal descriptions provided, without physically examining the firearm, that the referenced firearm is a firearm as defined under 18 U.S.C. § 921, and was manufactured outside of the state of Michigan after 1989, and therefore had traveled in and affected interstate commerce.

### III. CONCLUSION

9. Probable cause exists that Deante MCCRAY, a convicted felon, did knowingly possess a firearm and ammunition that had previously traveled in interstate and/or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

_____
Jaclyn Kocis-Maniaci, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me in my presence and/or by electronic means.

_____
HON. ANTHONY P. PATTI   April 1, 2021
UNITED STATES MAGISTRATE JUDGE